```
Nina Wilder (SBN 100474)
    Law Offices Of
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone (415) 431-3472
Facsimile  (415) 552-2703

Attorneys for Defendant
GENARO VALENTINE LOPEZ
```

IN THE UNITED STATES DISTRICT COURT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR 06-0428 SI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION TO SET FOR** |
| | ) | **CHANGE OF PLEA; ORDER** |
| vs. | ) | |
| GENARO VALENTINE LOPEZ, | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS AGREED by the parties, through their undersigned attorneys, that the above-captioned case shall be continued for a change of plea to September 8, 2006, at 11:00 a.m.

IT IS FURTHER AGREED that time shall be excluded pursuant to 18 U.S.C. § 3161(h)(1)(I), for delay attributable to the Court's consideration of the proposed plea agreement, and § 3161(h)(8)(A), in that the ends of justice served by the delay outweigh the interests of the public and the defendant in a speedy trial.

///

///

*STIPULATION TO SET FOR CHANGE OF PLEA*
*(GENARO LOPEZ) (CR 06-0428 SI)*

1

UNITED STATES ATTORNEY

Dated: August 21, 2006           By:   /s/ ANDREW M. SCOBLE
                                 ANDREW M. SCOBLE
                                 Attorney for Plaintiff United States of America

Dated: August 21, 2006

      / s / NINA WILDER
NINA WILDER
Attorneys for Defendant
GENARO VALENTINE LOPEZ

**IT IS SO ORDERED:**

Dated:_____           _____
                               HONORABLE SUSAN ILLSTON
                               United States District Judge

*STIPULATION TO SET FOR CHANGE OF PLEA*
*(GENARO LOPEZ) (CR 06-0428 SI)*

2