IN THE UNITED STATES DISTRICT COURT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 06-0428 SI |
| | ) | [CR 05-0375 SI] |
| Plaintiff, | ) | |
| | ) | ORDER EXONERATING BAIL |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GENARO VALENTINE LOPEZ. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On December 15, 2006. defendant GENARO VALENTINE LOPEZ was sentenced to probation on condition of home detention in No. CR 06-0428-SI, and all charges in No. CR-05-0375-SI were dismissed in consideration thereof. Accordingly.

IT IS HEREBY ORDERED that the bail posted as security for defendant Lopez's release in No. CR-05-0375-SI be exonerated and that the property located at 501 Campbell Street, San Francisco, California 94134 be reconveyed to its owners. Victor Alexis and Rosita Alexis.

Dated: _____

_____
HONORABLE SUSAN ILLSTON
United States District Court